IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN ANGLE II,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 22-1772 Pittsburgh** |
| v. | ) | |
| | ) | **District Judge Susan Paradise Baxter** |
| **SECRETARY LITTLE, et al.,** | ) | **Magistrate Judge Richard A. Lanzillo** |
| **Defendants.** | ) | |

## MEMORANDUM ORDER

This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint in the Court of Common Pleas for Erie County, Pennsylvania, on November 26, 2022. The Case was subsequently removed to this Court by Notice of removal filed by Defendants on December 9, 2022 [ECF No. 1]. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On March 31, 2023, Plaintiff filed a motion for injunctive relief requesting, *inter alia*, an "order that all harassment cease and bar the D.O.C. or it's [sic] employees from charging him." [ECF No. 19].

On April 11, 2023, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for injunctive relief be denied because he has failed to demonstrate either a likelihood of success on the merits or irreparable harm [ECF No. 20]. Objections to the R&R were due to be filed by April 28, 2023; however, no objections have been received to date.

After *de novo* review of Plaintiff's motion and other documents in the case, together with

the report and recommendation, the following order is entered:

AND NOW, this 31st day of May, 2023;

IT IS HEREBY ORDERED that Plaintiff's motion for injunctive relief [ECF No. 19] is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued April 11, 2023 [ECF No. 20], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
United States Magistrate Judge