IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN ANGLE II,    ) | |
|        Plaintiff,    ) | |
|            ) | C.A. No. 22-1772 Pittsburgh |
|        v.    ) | |
|            ) | District Judge Susan Paradise Baxter |
| SECRETARY LITTLE, et al.,    ) | Magistrate Judge Richard A. Lanzillo |
|        Defendants.    ) | |

## MEMORANDUM ORDER

This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint in the Court of Common Pleas for Erie County, Pennsylvania, on November 26, 2022. The Case was subsequently removed to this Court by Notice of removal filed by Defendants on December 9, 2022 [ECF No. 1]. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On April 21, 2023, Plaintiff filed a "motion to intervene, motion for temporary restraining order, and motion for preliminary injunction (hereafter referred to as "motion for injunctive relief") requesting an order prohibiting Defendants from destroying his legal papers that were allegedly confiscated from his cell at SCI-Fayette and/or requiring that the papers be forwarded to him while he is being detained at the Fayette County Prison [ECF No. 21].

On May 2, 2023, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for injunctive relief be denied because he has failed to demonstrate either a likelihood of success on the merits or irreparable harm [ECF No. 23]. Objections to the R&R were due to be filed by May 19, 2023; however, no objections have been

received to date.

After *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 31st day of May, 2023;

IT IS HEREBY ORDERED that Plaintiff's motion for injunctive relief [ECF No. 21] is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued May 2, 2023 [ECF No. 23], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
United States Magistrate Judge